RECEIVED IN CLERK'S OFFICE
APR 02 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM, Pro-se )
)
   *Plaintiff* )
)CIVIL ACTION NO.: 3-15-cv-00179
v. )
)
United Shuttle Alliance Transportation Corp dba USA Travel and Tours, and Silver Lake Resort Ltd., Armando Vazquez, and Joseph Eulo )

   *Defendants.*

### Plaintiff's Motion to Strike the Defendant's Motion to Dismiss

1. To the honorable US District Court:

2. Now comes the Plaintiff's motion to strike the Defendant's Motion to Dismiss to the extent that it is filed on behalf of United shuttle Alliance Transportation Corp., DBA USA Travel and Tours.

3. The defendants are pro-se, and it does not appear that they are lawyers admitted to practice before any court in the country, and certainly not before the middle district of Tennessee.

4. As the defendants are not lawyers, they are not able to represent the interests of a corporation in court and thus their motion to dismiss is improper to the degree that it is filed on behalf of the named corporation.

5. Additionally, it appears that the motion is filed on behalf of Unites Shuttle Alliance only, and not for the individual named defendants in this case.

6. As such, the court should strike the motion and require the defendants to secure a

lawyer for the named corporation.

*[signature]*

Craig Cunningham
Plaintiff, Pro-se
5543 Edmondson Pike ste 248
Nashville, TN 37211
3/31/2015

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM, Pro-se )
)
    *Plaintiff* )
) CIVIL ACTION NO.: 3-15-cv-00179
v. )
)
United Shuttle Alliance Transportation Corp dba USA Travel and Tours, and Silver Lake Resort Ltd., Armando Vazquez, and Joseph Eulo )

    *Defendants.*

## Certificate of Service

1. I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 3/31/2015:

United Shuttle Alliance Transportation Corp dba USA Travel and Tours, Armando Vazquez and Joseph Eulo: 3501 W. Vine Street, Ste 316

And Kissimmee, FL 34741

Silver Lake Resorts Ltd., ATTN: AJ Stanton JR.
390 N. Orange Ave ste 260
Orlando, FL 32801

Craig Cunningham
615-348-1977
5543 Edmondson Pike ste 248
Nashville, TN 37211
3-31-20154