IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM ) | |
| ) | Case No. 3:15-0179 |
| v. ) | JUDGE SHARP |
| ) | |
| UNTIED SHUTTLE ALLIANCE ) | |
| TRANSPORTATION CORP, et al., ) | |

# O R D E R

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Docket No. 46) filed by the Plaintiff, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE